IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **In the Matter of**<br>Komiljon Toirov | Case No. 2:25-cr-01801-SMD |

### DECLARATION OF DEPUTY ASSISTANT DIRECTOR FRANCISCO MADRIGAL

Pursuant to the authority of 28 U.S.C. § 1746, I, Francisco Madrigal, hereby make the following declaration with respect to the above-captioned matter:

1.  I am a Deputy Assistant Director with the Field Operations, Office of Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS). I have been employed with ICE, ERO since July 15, 2001.  My current duties include management and oversight of the Field Office Directors in the 13 Western Division Field Offices of the United States.

2.  I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business.

3.  I am familiar with the case of Komiljon Toirov. Toirov is a native and citizen of Uzbekistan who has been in ICE custody at the Otero County

Processing Center (OCPC), in Chaparral, New Mexico.  His Alien

Registration Number (A-number) is A█████459.  He was apprehended

upon entry into the United States without inspection near the Santa Teresa

Port of Entry in Sunland Park, New Mexico.  He was processed as an

Expedited Removal under 8 U.S.C. § 1182(f) and then transferred to the

U.S. Marshals for criminal prosecution under 8 U.S.C. §1325, Entry Without

Inspection, and 8 U.S.C. §1182, Alien Admissibility.

4.  On June 19, 2025, Toirov entered into ICE custody and was detained at the

OCPC.

5.  ICE ERO is in possession of Toirov's valid passport and is coordinating his

return to Uzbekistan.

6.  In reviewing Toirov's detention case, ICE ERO transported Toirov from

Chaparral, New Mexico to New York on July 30, 2025, where ERO released

Toirov on an order of supervision pending travel arrangements.

7.  The date of Toirov's return to Uzbekistan is unknown at this time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

Executed on this 31st day of July, 2025,

FRANCISCO
MADRIGAL

Digitally signed by FRANCISCO
MADRIGAL
Date: 2025.07.31 11:00:31 -04'00'

_____

Francisco Madrigal
Deputy Assistant Director