IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>KOMILJON TOIROV,  )<br>  )<br>  Defendant.  ) | Crim. No. 25-1801 SMD |

<u>NOTICE OF APPEAL</u>

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Tenth Circuit, pursuant to 18 U.S.C. § 3731, from the Amended Order of Release entered in this case on September 5, 2025 (Doc. 37).

                        Respectfully Submitted,

                        RYAN ELLISON
                        Acting United States Attorney

                        _____
                        GRANT B. GARDNER
                        JACKSON K. DERING V
                        Assistant U.S. Attorneys
                        200 N. Church Street
                        Las Cruces, New Mexico 88001

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on September 24, 2025, I filed the foregoing electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

                                                                          *Electronically filed*
                                                                          GRANT B. GARDNER
                                                                          Assistant United States Attorney