UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                           Jane K. Castro
Clerk of Court                                                                Chief Deputy Clerk

December 05, 2025

Mr. Ryan Ellison
Mr. Grant Gardner
Office of the United States Attorney
District of New Mexico
200 North Church Street
Las Cruces, NM 88001

Mr. Jackson Kemper Dering
U.S. Department of Justice
200 North Church Street
Las Cruces, NM 88001

    RE:      **25-2109, United States v. Toirov**
                    Dist/Ag docket: 2:25-CR-01801-SMD-1

Dear Counsel:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40(d)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed. R. App. P. Rule 40 and 10th Cir. R. 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc: Darren Robinson
    Amanda Skinner


CMW/lg