IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                                       25-CR-1801-SMD

KOMILJON TOIROV

    Defendant,

## SCHEDULING ORDER

The defendant having been arraigned in this matter, and the Court finding on the docket no motion to continue trial, pursuant to 18 U.S.C. § 3161(h)(7) and *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009), nor waiver of jury trial pursuant to Federal Rules of Criminal Procedure 23 and 58(b)(2)(F), the Court sets **Jury Selection and Trial for January 29, 2026 at 9:00 a.m.**, and imposes the following deadlines:

**January 19, 2026:**   **From both parties:** All pretrial motions, notices, proposed *voir dire*, jury instructions, exhibit lists, witness lists.

**January 21, 2026:**   **Any responses or objections** to the materials filed on **January 19, 2026**, and Jury Evidence Recording System (**JERS**) device due by close of business.

The Court further orders that the United States shall make available to the defendant by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972), and the Jencks Act, 18 U.S.C. § 3500.

_____
SARAH M. DAVENPORT,
UNITED STATES DISTRICT JUDGE