IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) NO. 25-CR-1801-SMD |
| vs. | ) ) ) |
| **KOMILJON TOIROV**, | ) ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL AS ATTORNEY

The United States notifies the Court that PAIGE MESSEC, Assistant United States Attorney, hereby withdraws as counsel for the United States in the above matter. GRANT GARDNER will continue to appear on behalf of the United States.

        Respectfully submitted,

        TODD BLANCHE
        Deputy Attorney General
        RYAN ELLISON
        First Assistant United States Attorney

        */s/     Electronically Filed 1/15/26*
        GRANT GARDNER
        Assistant U.S. Attorney
        200 N. Church Street
        Las Cruces, NM 88001
        (575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record.

*/s/     Electronically Filed 1/15/26*
GRANT GARDNER
Assistant U.S. Attorney